# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2020

Bridget M. McCormack,
Chief Justice

161837(20)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHIGAN ALLIANCE FOR RETIRED
AMERICANS, DETROIT/DOWNRIVER
CHAPTER OF THE A. PHILIP RANDOLPH
INSTITUTE, CHARLES ROBINSON, GERARD
McMURRAN, and JIM PEDERSON,
   Plaintiffs-Appellees,

v

               SC: 161837
               COA: 354429
SECRETARY OF STATE and ATTORNEY  Ct of Claims: 2020-000108-MM
GENERAL,
   Defendants,
and

SENATE and HOUSE OF REPRESENTATIVES,
   Proposed Intervenor Defendants,
and

REPUBLICAN NATIONAL COMMITTEE and
MICHIGAN REPUBLICAN PARTY,
   Proposed Intervenor
   Defendants-Appellants.

_____/

   On order of the Court, the motion for reconsideration of this Court's August 28, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2020



b1215

             Clerk